IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11493
Summary Calendar
_____

CHARLES MASON,

Plaintiff-Appellant,

v.

JIM BOWLES, Dallas County Sheriff; RANDY FARRIS, Dr, Health
Department Director; STEVEN BOWERS, Jail Medical Director; DALLAS
COUNTY OF,

Defendants-Appellees.

*****

CHARLES MASON,

Plaintiff-Appellant,

v.

JIM BOWLES, Sheriff, Dallas County Texas,

Defendant-Appellee.

*****

CHARLES MASON,

Plaintiff-Appellant,

v.

JIM BOWLES, Sheriff, Dallas County Texas,
RANDY FARRIS, Dr, STEVEN BOWERS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
_____

October 27, 1997

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Charles Mason appeals the summary-judgment dismissal of his 42 U.S.C. § 1983 action against defendants.  Mason contends that defendants were deliberately indifferent to his serious medical needs.  We have reviewed the record and the briefs on appeal and AFFIRM the magistrate judge's grant of summary judgment for essentially the same reasons articulated by the magistrate judge in Mason v. Bowles, No. 3-95-CV-0136-BD (N.D. Tex. filed Nov. 4, 1996).

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.